IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) VADNAIS TRENCHLESS SERVICES, INC., | ) ) ) | |
| Plaintiff | ) ) ) | Case No. 5:24-cv-00166-SLP |
| v. | ) ) | |
| (1) OKLAHOMA CITY WATER UTILITIES TRUST, (2) TRIAD DESIGN GROUP, INC., (3) AECOM, INC. | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Vadnais Trenchless Services, Inc. ("VTS"), and defendants, Oklahoma City Water Utilities Trust ("OCWUT"), and Triad Design Group, Inc. ("Triad"),[1] pursuant to Rule 41(a)(1)(A)(ii), FRCP, hereby stipulate to the dismissal of this action, including all claims and counterclaims, without prejudice to the refiling of same.

---

[1] Defendant, AECOM, Inc. ("AECOM"), has been served but has not yet answered or otherwise responded, while counsel investigated which AECOM entity is/was the correct party defendant.  Pursuant to Rule 41(a)(1)(A)(i), FRCP, this will serve as VTS's notice of dismissal without prejudice of its action against AECOM.

Respectfully submitted,

*s/Robert L. Magrini*
Robert L. Magrini, OBA No. 12385
Tanner B. France, OBA No. 33171
**HAYES MAGRINI & GATEWOOD**
1220 North Walker Avenue
Oklahoma City, OK 73103
Telephone:   (405) 235-9922
Facsimile:    (405) 235-6611
E-mail:          robert@hmglawyers.com
                    tfrance@hmglawyers.com

*Attorneys for Plaintiff, Vadnais Trenchless Services, Inc.*


*s/ Fred A. Leibrock*
(Signed by Robert L. Magrini with permission of    Fred A. Leibrock)
Fred A. Leibrock, OBA No. 14146
Eric S. Eissenstat, OBA No. 10282
Amy D. White, OBA No. 19255
Hilda Loury, OBA No. 35667
Colby D. Karcher, OBA No. 35653
**PHILLIPS MURRAH P.C.**
101 N. Robinson, Suite 1300
Oklahoma City, Oklahoma 73102
faleibrock@phillipsmurrah.com
hloury@phillipsmurrah.com
eseissenstat@phillipsmurrah.com
adwhite@phillipsmurrah.com
cdkarcher@phillipsmurrah.com

*Attorneys for Defendant, Oklahoma City Water Utilities Trust*

        *s/ Matthew J.G. McDevitt*
        Matthew J.G. McDevitt, OBA No. 20771
        (Signed by Robert L. Magrini with permission
        of Matthew J.G. McDevitt)
        **PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP**
        1109 N. Francis Ave.
        Oklahoma City, Oklahoma 73106
        mmcdevitt@piercecouch.com

        *Attorneys for Defendant, Triad Design Group, Inc.*